IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELVIN DUPREE CULVER,<br>AIS # 246982, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv556-TMH |
| | ) | (WO) |
| | ) | |
| OFFICER CARLISLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On January 22, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 58).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1.     The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2.     The defendants' motion for summary judgment be and is hereby GRANTED and judgment be and is hereby GRANTED in favor of the defendants;

3.     This case be and is hereby DISMISSED with prejudice;

4.     Costs be and are hereby TAXED against the plaintiff.

An appropriate judgment will be entered.

Done this the 3rd day of March, 2010.

/s/ Truman M. Hobbs
_____

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE